IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                              No. 4:07 CV 00000254 GH

Real Property located:                                                           DEFENDANT
16900 Stratford Court, Southwest Ranches, FL. 33331

## **ORDER**

This matter having come before this Court on the motion of the United States for dismissal of the Complaint in Rem without prejudice (docket #3), it is hereby granted.

IT IS SO ORDERED this 16th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE