FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 0 1 2007

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA        PLAINTIFF

v.        NO. 4:07CV00000254 JMM

REAL PROPERTY LOCATED:        DEFENDANT
16900 STRATFORD COURT,
SOUTHWEST RANCHES, FL 33331

## AMENDED ORDER OF DISMISSAL

This matter having come before the Court on the motion of the United States, the original order of dismissal is amended and the Complaint in Rem is hereby dismissed with prejudice, reserving the right of the United States to file additional actions against the proceeds of the sale of the property.

IT IS SO ORDERED THIS 1st day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE